IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:07-CR-195 |
| | § | |
| LARRY WAYNE DUNCAN | § | |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

The court referred defendant's motions to suppress to the Honorable Earl S. Hines, United States magistrate judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. After being informed that the defendant and the government contemplated entering into a plea agreement, Judge Hines concluded that the motions should be denied as moot.

No objections have been filed. It is therefore

**ORDERED** that the report and recommendation of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that defendant's "Motion for Suppression of Evidence" (Docket No. 14) and "Supplemental Motion for Suppression of Evidence" (Docket No. 24) are **DENIED** as moot.

**SIGNED** this the 19 day of **March, 2008.**

_____
Thad Heartfield
United States District Judge